ADAM PAUL LAXALT
Nevada Attorney General
D. RANDALL GILMER
Deputy Attorney General
Nevada Bar No. 14001C
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3426
Facsimile: (702) 486-3773
Email: drgilmer@ag.nv.gov
*Attorneys for Defendants*
*Brian Williams and Minor Adams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SCOTT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>E. K. McDANIEL, ACTING DIRECTOR, (Nevada Department of Corrections), BRIAN WILLIAMS, WARDEN, So. Desert Correctional Center; ASSOCIATE WARDEN ADAMS, So. Desert Correctional Center,<br><br>　　　　　　Defendants. | Case No.<br><br>**PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 *et seq.* – FEDERAL ACTION** |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA; AND

TO:   PLAINTIFF, DANIEL SCOTT, PRO SE,

　　　PLEASE TAKE NOTICE that Defendants, Brian Williams and Minor Adams, both employees of the Nevada Department of Corrections ("NDOC") (Defendants), by and through legal counsel, Nevada Attorney General ADAM PAUL LAXALT, and Deputy Attorney General D. RANDALL GILMER, hereby remove the State Court action described below to the United States District Court for the District of Nevada.

　　　1.　On March 24, 2016, Plaintiff, Daniel Scott (Plaintiff), commenced a civil action in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, with the filing of a complaint styled: Scott v. E.K. McDaniel, Brian Williams, and Adams, Case No.

1  A-16-733956-C.  The Complaint, a copy of which is attached hereto as Exhibit A, specifically
2  alleges violations of the Fourteenth Amendment and seeks recovery under 42 U.S.C. § 1983.

3      2.    On April 29, 2016, Defendants were served a copy of the Summons and
4  Complaint.  A copy of the Notice To Attorney General Regarding Service of Process noting
5  acceptance of service on behalf of Defendants Williams and Adams is attached hereto as
6  Exhibit B.

7      3.    As of the date of this Petition for Removal, Defendant McDaniel has not been
8  served.

9      4.    This Petition for Removal is being filed within thirty (30) days of service on
10 Williams and Adams.

11     5.    According to the docket sheet regarding this case available on the Eighth
12 Judicial District Court website, and attached hereto as Exhibit C, the only other documents
13 filed by Plaintiff in the Eighth Judicial District Court was an Application to Proceed In Forma
14 Pauperis, the Order regarding the Application to Proceed In Forma Pauperis, a document filed
15 under seal, a Notice of Change of Address, an Affidavit of Service for Defendant Adams, an
16 Affidavit of Service for Defendant Williams, a Not Found Affidavit regarding E.K. McDaniel,
17 and a Summons with no service information attached.

18     6.    Defendants have not filed any documents with the Eighth Judicial District Court.

19     7.    Based on a review of the Docket, and the fact that Defendants have not been
20 served with any other documents from Plaintiff, it does not appear as if Plaintiff has any
21 pending motions before the Eighth Judicial District Court for the State of Nevada.

22     8.    Pursuant to 28 U.S.C. § 1441(a), Defendants are entitled to the removal of the
23 action to this Court.  Defendants specifically aver through their counsel that they all join in and
24 agree with removal in this case.  Accordingly, all served Defendants are unanimous in seeking
25 removal of this action as required under 28 U.S.C. § 1446(2)(A).

26 . . .
27 . . .
28 . . .

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068

9. This Court has original jurisdiction over the subject matter of Plaintiff's Civil Rights Complaint under the provisions of 28 U.S.C. §§ 1331 and 1343 in that Plaintiff's civil action alleges constitutional violations under the Fourteenth Amendment of the United States Constitution, and seeks recovery pursuant to 42 U.S.C. § 1983.

10. Plaintiff's civil rights complaint concerns allegations that his federal constitutional rights were violated while incarcerated as an inmate at Southern Desert Correctional Center.

11. This Court is the proper venue for the removal of this action based upon the allegations in Plaintiff's civil rights complaint pursuant to 28 U.S.C. § 1441(a).

12. The documents filed by Plaintiff, with the exception of the Complaint, are not publically accessible and have not been served on Defendants. Accordingly, Defendants have been unable to provide these documents to this Court at this time. Defendants have provided the Court with a copy of the Docket Sheet regarding the instant as Exhibit C.

13. A copy of this Petition for Removal will be filed in the state court action pursuant to 28 U.S.C. § 1446(d).

Based on the foregoing, Defendants removes the attached action to this Court. This Notice of Removal has been prepared and signed in accordance with 28 U.S.C. § 1446(a) and FED. R. CIV. P. 11.

DATED this 24th day of May, 2016.

Respectfully submitted:

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ D. Randall Gilmer
D. RANDALL GILMER
Nevada Bar No. 14001C
*Attorneys for Defendants*
*Williams and Adams*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 et seq. – FEDERAL ACTION** with the Clerk of the Court by using the electronic filing system on the 24th day of May, 2016.

I certify that some of the participants in the case are not registered electronic filing system users. For those parties not registered service was made by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following unregistered participants:

DANIEL SCOTT #57538
ELY STATE PRISON
PO BOX 1989
ELY NV  89301


　　　　　　　　　　　/s/ TRACI PLOTNICK
　　　　　　　　　　　An employee of the Office of the Attorney General