# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SCOTT, <br>     Plaintiff, <br> vs. <br> WARDEN BRIAN WILLIAMS, *et al.,* <br>     Defendants. | Case No. 2:16-cv-01166-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on Defendants' Motion for Leave to File Defendant's Status Report (ECF No. 5).

On May 24, 2016, the court ordered the parties to file a joint status report within 30 days. (ECF No. 2). Defendants request leave to file their status report in lieu of a joint status report because Plaintiff failed to appear at a scheduled telephone conference to discuss Defendants' prepared proposed joint status report. Plaintiff did not approve of Defendants' status report. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Leave to File Defendants' Status Report is **granted**.

**IT IS FURTHER ORDERED** that should Plaintiff dispute or wish to add to Defendants' Status Report, Plaintiff shall file a status report no later than July 7, 2016.

DATED this 27th day of June, 2016.

                                               */s/ George Foley, Jr.* <br>
                                               GEORGE FOLEY, JR. <br>
                                               United States Magistrate Judge