ADAM PAUL LAXALT
  Attorney General
IAN CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants,*
*Brian Williams and Minor Adams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>E.K. McDANIEL, ACTING DIRECTOR, (Nevada Department of Corrections), BRIAN WILLIAMS, WARDEN, So. Desert Correctional Center, ASSOCIATE WARDEN ADAMS, So. Desert Correctional Center,<br><br>    Defendants. | Case No. 2:16-cv-01166-RFB-GWF<br><br>**NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME (ECF No. 14)** |

Defendants Brian Williams and Minor Adams (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby notify the Court that they do not oppose Plaintiff's Motion for Enlargement of Time (ECF No. 14) through and until ~~August 20, 2017.~~ Septemeber 11, 2017.

DATED this 11th day of August, 2017.

                                                                ADAM PAUL LAXALT
                                                                Attorney General

IT IS SO ORDERED:

                                                                By: _____
                                                                     IAN CARR
_____                                   Deputy Attorney General
RICHARD F. BOULWARE, II               Bureau of Litigation
United States District Judge                 Public Safety Division

DATED this 29th day of August, 2017.         *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of August, 2017, I caused to be served a copy of the foregoing, **NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME (ECF No. 14)** to be served, by depositing a copy for mailing in the United States Mail, first-class postage prepaid, on the following:

DANIEL SCOTT #57538
ELY STATE PRISON
PO BOX 1989
ELY NV  89301

*Christopher Pallin*
An employee of the
Office of the Attorney General